# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

VICTORIA CHAMPION,
an individual,

        Case No.: 3:20-cv-01436-MMH-PDB

    Plaintiff,

v.

BELLSOUTH TELECOMMUNICATIONS, LLC
d/b/a AT&T,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiff, Victoria Champion (hereinafter, "Plaintiff") and Defendant, Bellsouth Telecommunication, LLC d/b/a AT&T (hereinafter, "AT&T") by and through the undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida Local Rule 3.08, and hereby jointly stipulate to the dismissal of all claims asserted in this action against AT&T with prejudice. By agreement, Plaintiff and AT&T shall bear their own attorneys' fees and costs.

Dated: July 12, 2021

                              Respectfully submitted,

                              **SWIFT, ISRINGHAUS & DUBBELD P.A.**

                              /s/ *Jon P. Dubbeld*
                              **Aaron M. Swift, Esq., FBN 0093088**

**Jordan T. Isringhaus, Esq., FBN 0091487**
**Jon P. Dubbeld, Esq., FBN 105869**
**Sean E. McEleney, Esq., FBN 125561**
8380 Bay Pines Blvd
St. Petersburg, FL 33709
Phone: (727) 755-3676
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
*Counsel for Plaintiff*

**GOLDEN SCAZ GAGAIN, PLLC**

*/s/ Charles J. McHale*
**Charles J. McHale, Esq., FBN 0026555**
1135 Marabella Plaza Drive
Tampa, FL 33619
Phone: (813) 251-5500
cmchale@gsgfirm.com
*Attorney for AT&T*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 12, 2021, I electronically filed and served a true and correct copy of the foregoing Joint Stipulation for Dismissal with Prejudice via CM/ECF which will send a copy and a notice of electronic filing to all counsel of record.

*/s/ Jon P. Dubbeld*
Counsel for Plaintiff