# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

VICTORIA CHAMPION,

    Plaintiff,

v.                                                                         Case No. 3:20-cv-1436-MMH-PDB

BELLSOUTH TELECOMMUNICATIONS,
LLC, d/b/a AT&T,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 12; Stipulation) filed on July 12, 2021. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of July, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record